UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THEODORE WILLIAMS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF NORTH CAROLINA, )<br>)<br>Defendant. )<br>) | **JUDGMENT**<br><br>5:24-CV-595-BO-KS |

**Decision by Court.**
This matter comes before the Court on the memorandum and recommendation ("M&R") of Magistrate Judge Kimberly Swank [DE 5].

**IT IS ORDERED, ADJUDGED AND DECREED** that the M&R [DE 5] is ADOPTED IN FULL. The Plaintiff's motion for leave to proceed *informa pauperis* [DE 2] is GRANTED, and the complaint is DISMISSED for frivolity .

This case is closed.

**This judgment filed and entered on April 4, 2025, and served on:**
Theodore Williams, Jr. (via CM/ECF Notice of Electronic Filing)


April 4, 2025

                                       PETER A. MOORE, JR., CLERK

                                       /s/ Lindsay Stouch
                                       By: Deputy Clerk